# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00669-CV

**The Resource Group, Appellant**

**v.**

**Kimberly Goodman, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-002558, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On November 15, 2024, we abated this appeal to allow the parties to finalize a settlement agreement. The parties have filed a joint motion to reinstate and to dismiss this appeal. We grant the joint motion and reinstate and dismiss this appeal pursuant to the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(A).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed on Joint Motion

Filed: December 12, 2024